# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BYTEMARK, INC., | ) |
| Plaintiff, | ) |
| | ) |
| | ) C.A. No. 18-834-LPS |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| TOKEN TRANSIT, INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff Bytemark, Inc. and Defendant Token Transit, Inc., subject to the approval of the Court, that the parties' time to submit a proposed Protective Order in this action shall be extended to November 14, 2018.

Respectfully submitted,

| RICHARDS, LAYTON & FINGER, P.A. | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: */s/ Christine D. Haynes* | By: */s/ Jennifer Penberthy Buckley* |
| Frederick L. Cottrell, III (#2555) | David E. Moore (#3983) |
| Christine D. Haynes (#4697) | Bindu A. Palapura (#5370) |
| 920 N. King Street | Stephanie E. O'Byrne (#4446) |
| Wilmington, DE 19801 | Jennifer Penberthy Buckley (#6264) |
| Tel: (302) 651-7700 | Hercules Plaza, 6th Floor |
| Cottrell@rlf.com | 1313 N. Market Street |
| Haynes@rlf.com | Wilmington, DE 19801 |
| | Tel: (302) 984-6000 |
| *Attorneys for Plaintiff Bytemark, Inc.* | dmoore@potteranderson.com |
| | bpalapura@potteranderson.com |
| | sobyrne@potteranderson.com |
| | jbuckley@potteranderson.com |
| | *Attorneys for Defendant Token Transit, Inc.* |

IT IS SO ORDERED, this _____ day of _____ 2018.

_____
Leonard P. Stark, Chief Judge

5988124