IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BYTEMARK, INC., <br><br> Plaintiff, <br><br> v. <br><br> TOKEN TRANSIT, INC. <br><br> Defendant. | C.A. No. 18-834-MN-CJB <br><br> JURY TRIAL DEMANDED |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that all claims in the above-captioned action are dismissed with prejudice with each party to bear its own costs, expenses and attorney's fees incurred in this matter.

| | |
|---|---|
| */s/ Christine D. Haynes* <br> Frederick L. Cottrell, III (#2555) <br> Christine D. Haynes (#4697) <br> Richards, Layton & Finger, P.A. <br> 920 N. King Street <br> Wilmington, Delaware  19801 <br> 302-651-7700 <br> Cottrell@rlf.com <br> Haynes@rlf.com <br><br> *Attorneys for Plaintiff* | */s/ David E. Moore* <br> David Ellis Moore (#3983) <br> Bindu A. Palapura (#5370) <br> Stephanie E. O'Byrne (#4446) <br> Jennifer Penberthy Buckley (#6264) <br> Potter Anderson & Corroon LLP <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, Delaware  19801 <br> (302) 984-6000 <br> dmoore@potteranderson.com <br> jbuckley@potteranderson.com <br> sobynre@potteranderson.com <br> jbuckley@potteranderson.com <br><br> *Attorneys for Defendant* |

Dated:  February 20, 2020

RLF1 22934337v.1

SO ORDERED this \_\_\_\_\_ day of _____, 2020.

_____
U.S.D.J.